IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| USA DEBUSK, LLC, | CV 19-63-BLG-TJC |
| --- | --- |
| Plaintiff, | |
| vs. | ORDER |
| AECOM ENERGY & CONSTRUCTION, INC. | |
| Defendant. | |

The parties have filed a joint motion requesting the Court allow representatives with ultimate settlement authority to appear by telephone at the March 23, 2020 settlement conference. (Doc. 37.) The Court conducted a status conference on March 18, 2020 to discuss the motion. Accordingly, and good cause appearing,

IT IS ORDERED that the joint motion is GRANTED. All parties required to participate in the settlement conference may appear by telephone. The parties shall provide the Court with call in information at kld_propord@mtd.uscourts.gov and be available by telephone at the designated time to participate in the conference.

DATED this 18th day of March, 2020.

Kathleen L. DeSoto
United States Magistrate Judge